# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

―――――――

m 02-30338

―――――――

SYLVESTER BLAZE,

Plaintiff-Appellant,

VERSUS

UNITED STATES POSTAL SERVICE
AND
JOHN E. POTTER,

Defendants-Appellees.

―――――――――――――

Appeal from the United States District Court
for the Western District of Louisiana
(m 00-CV-2165)

―――――――――――――

August 28, 2002

Before HIGGINBOTHAM, SMITH,
and CLEMENT, Circuit Judges.

PER CURIAM:*

Sylvester Blaze appeals a summary judg-

―――――――――――

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ment in this action claiming race discrimination. His brief is almost unintelligible, but he claims he was treated differently from white employees when he was fired by the United States Postal Service after striking another employee. We affirm, essentially for the reasons given by the district court in its comprehensive Memorandum Ruling entered on February 28, 2002.

The judgment is AFFIRMED.